UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENNETH FOWLER,

    Plaintiff,

v.                                                         Case No. 8:23-cv-721-CEH-SPF

ELOISE EGGERS, *et al.*,

    Defendants.
_____/

## ORDER

Before the Court is Plaintiff's civil rights complaint filed under 42 U.S.C. § 1983 (Doc. 1). The complaint alleges no facts that state a plausible claim for relief against any defendant. Thus, it violates Rules 8 and 12, Fed. R. Civ. P. Accordingly, this action is **DISMISSED** without prejudice.[1] The Clerk is directed to: 1) mail Plaintiff a copy of his complaint in Case No. 8:22-cv-2921-CEH-AAS (M.D. Fla.), and a copy of the AO 239 Application to Proceed in District Court Without Prepaying Fees or Costs with his copy of this Order; and 2) close this case.

---

[1] In Case No. 8:22-cv-2921-CEH-AAS, which was dismissed with prejudice, Plaintiff named the same two defendants he names in this action. Plaintiff is cautioned that if he intends to bring the same cause of action against the same defendants, the action may be barred by the doctrine of res judicata.

**DONE AND ORDERED** in Tampa, Florida on April 28, 2023.

Charlene Edwards Honeywell
United States District Judge

Copy to: Plaintiff, *pro se*